UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 13-MJ-0159-CI |
| | ) | |
| vs. | ) | Order Of Dismissal |
| | ) | With Prejudice |
| JORGE  VELA-PORCAYO, | ) | |
| Defendant. | ) | |
| | ) | |

Leave of court is granted for the filing of the foregoing dismissal with prejudice.  The court makes no judgment as to merit or wisdom of this dismissal.

DATED April 24, 2013.


_____S/ CYNTHIA IMBROGNO_____

UNITED STATES MAGISTRATE JUDGE

Order Of Dismissal With Prejudice - 1
13mj159ci-4-24.wpd